IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELVIN PEREZ,

    Petitioner,

v.          CASE NO. 1:09cv17-MP-GRJ

WALTER MCNEIL,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 28, 2011. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Petition for writ of habeas corpus (doc. 1) is **DENIED** as moot, this cause is **DISMISSED** with prejudice, and a certificate of appealability is **DENIED**.

**DONE and ORDERED** this 20th day of December, 2011.

                  *s/ M. Casey Rodgers*
                  **M. CASEY RODGERS**
                  **CHIEF UNITED STATES DISTRICT JUDGE**